IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROLAND A. PRENATT,**

    **Plaintiff,**

v.                                          Case No. 5:25-cv-21-AW-MJF

**WARDEN MADDOX, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, has not paid the filing fee, and has not objected to the magistrate judge's report and recommendation (ECF No. 6), which recommends dismissal on these bases. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order, failure to prosecute, and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on June 17, 2025.

                                                s/ *Allen Winsor*
                                                United States District Judge